NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM OSCAR HARRIS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5005

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00069-VJW, Judge Victor J. Wolski.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

William Oscar Harris moves for leave to proceed in forma pauperis.

Harris is currently incarcerated. Pursuant to the Prison Litigation Reform Act (PLRA), a prisoner is barred from proceeding in forma pauperis if three or more prior

2                                              HARRIS v. US

actions or appeals have been dismissed as frivolous or malicious or for failure to state a claim:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

The court notes that three or more actions or appeals filed by Harris have been dismissed as frivolous, as malicious, or for failure to state a claim. *See Harris v. United States*, No. 1:13-cv-00879-UNA (D.D.C. June 11, 2013); *Harris v. United States*, No. 2:13-cv-214-WTL-MJD (S.D. Ind. July 15, 2013); *Harris v. Fed. Bureau of Prisons*, No. 1:13-cv-01144-UNA (D.D.C. July 29, 2013).   Moreover, Harris has not suggested that he is in imminent danger of serious physical injury.

Accordingly,

IT IS ORDERED THAT:

If Harris does not pay the $455 filing fee within 30 days of the date of this order, his appeal will be dismissed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24